304 So.2d 246

**In re Carnell L. BURT**

v.

**STATE.**

**Ex parte Carnell L. Burt.**

**SC 1043.**

Supreme Court of Alabama.

Dec. 5, 1974.

Lewis H. West, Decatur, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Carnell L. Burt for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Burt v. State, 54 Ala. App. 1, 304 So.2d 243.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.

308 So.2d 740

**In re Milton CHRISTIAN**

v.

**STATE.**

**Ex parte Milton Christian.**

**SC 1092.**

Supreme Court of Alabama.

Feb. 20, 1975.

Ralph C. Burroughs, Tuscaloosa, for petitioner.

None for the State.

JONES, Justice.

Petition of Milton Christian for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Christian v. State, 54 Ala.App. ——, 308 So.2d 737.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.

306 So.2d 54

**In re James Harrison CLARK**

v.

**STATE of Alabama.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 1053.**

Supreme Court of Alabama.

Jan. 2, 1975.

William J. Baxley, Atty. Gen., Montgomery, and Edwin L. Hardin, Jr., Sp. Asst. Atty. Gen., Birmingham, for petitioner, the State.

No brief for respondent.

FAULKNER, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Clark v. State, 54 Ala.App. 183, 306 So.2d 51.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.